IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2004 MAR -2 PM 2:01
N.D. OF ALABAMA

CV-04-P-0428-M

_Mr. Mitchell Marbury_

Inmate Identification Number: #138014

_____

(Enter above the full name(s) of the plaintiff(s)
in this action)

NOTICE TO FILING PARTY

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

_Sgt. Earl Pickett_
_In Their Individuals And_
_Official Capacity_

_JURY TRIAL_
_DEMAND_

(Enter above full name(s) of the defendant(s)
in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes  (   )          No  (   )

   B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff(s):   N/A

             Defendant(s):   N/A

2. Court (if Federal Court, name the district; if State Court, name the county) _N/A_

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. Place of present confinement _1000 St. Clair Rd Springville, Al 35146_

A. Is there a prisoner grievance procedure in this institution?
   Yes ( ✓ )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( ✓ )   No ( )

C. If your answer is YES:
   1. What steps did you take? _I Notified The Warden by letter complaint._
   2. What was the result? _No Response_

D. If your answer is NO, explain why not? _N/A_

2

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) _Mr. Mitchell Marbury #188014_

Address _1000 St. Clair Rd_
_Springville, Al 35146_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant _E. Earl Pickett_

is employed as _Sgt._

at _1000 St. Clair Rd Springville, Al 35146_

C. Additional Defendants _(2) C. Wallace, employed as C.O.I;_
_Patrice Richie, employed as Lt.; T. Poe, employed_
_as C.O.I.; D. Bracknell, employed as Lt.; R. Simmons,_
_employed as Capt.; S. Howard employed as Sgt._
Continued on next page (3A.)

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

_Ground one (1) - Deliberate Indifference to Health And_
_Safety; Excessive use of Force; Deliberate Indifference_
_to serious medical needs - Denial of Access To Medical_
_Treatment on behalf of defendants E. Pickett, C. Wallace,_

3

_T. Poe, D. Bracknell, P. Richie, R. Simmons, C. Hunter, S. Howard,_
_R. Moore, R. Malone, S. Nunn, Nurse McDaniel._

*Continue from page (3A.)*

C. Hunter employed as C.O.I.; R. Malone, employed as Sgt.; S. Nunn, employed as C.O.I.; R. Moore, employed as C.O.I.; Nurse McDaniel, employed as medical staff. All employed or were employed at St. Clair Rd. Springville, Al 35146

## V. RELIEF

State briefly **exactly** what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(A.) Jury trial demand; (B.) Award Plaintiff compensatory damages in the amount of one hundred and fifty thousand dollars [$150,000] from each defendant; (C.) Award Plaintiff punitive damages in the amount of one hundred and seventy five thousand dollars [$175,000] from each defendant's; (D.) Defendants to pay cost of this suit; (E.) Such other ends of Justice the Court deem just.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

M. Mitchell Marbury #138014

_____

Signature(s)

4